IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERESA S. FARRAR,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CIVIL NO. 3:11cv457-JAG

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on July 13, 2012 (ECF No. 14). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 6) and Motion to Remand (ECF No. 7) are GRANTED consistent with the Report and Recommendation.

(3) Defendant's Motion for Summary Judgment (ECF No. 11) is DENIED.

(4) The decision of the Commissioner is REMANDED for further consideration of the record consistent with the Report and Recommendation.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: 7/31/12

/s/
John A. Gibney, Jr.
United States District Judge